# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| HAROLD E. CURRY, et al. | ) | |
| | ) | |
| Plaintiffs | ) | Case No. 2:22-cv-00153 |
| | ) | |
| V. | ) | JUDGE SARGUS |
| | ) | |
| JEROME TOWNSHIP, OHIO | ) | MAGISTRATE JUDGE DEAVERS |
| | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

## *STIPULATION TO EXTEND DEFENDANT JEROME TOWNSHIP'S TIME TO MOVE OR PLEAD UNTIL MARCH 4, 2022*

Now come all parties, by and through their respective counsel, and hereby agree and stipulate pursuant to S.D. Ohio Civ. R. 6.1(a) that Defendant Jerome Township, Ohio may have an additional 21 days to move or plead in response to Plaintiff's complaint, until March 4, 2022.

Respectfully submitted,

| | |
|---|---|
| */s/Larry H. James (per email consent)* | */s/Michael S. Loughry* |
| LARRY H. JAMES (0021773) | MICHAEL S. LOUGHRY (0073656) - *Trial Counsel* |
| HAYLEY E. KICK (0100445) | FREEMAN MATHIS & GARY, LLP |
| CRABBE, BROWN & JAMES, LLP | 175 South Third Street, Suite 1000 |
| 500 South Front Street, Suite 1200 | Columbus, OH 43215 |
| Columbus, OH 43215 | T: 614-683-8499 \| F: 833-330-8669 |
| T: 614-229-4567 \| F: 614-229-4559 | Michael.Loughry@fmglaw.com |
| ljames@cbjlawyers.com | |
| | *Counsel for Defendant Jerome Township, Ohio* |
| *Trial Counsel for Harold E. Curry, Vivian Curry and AMH Development LLC* | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/Michael S. Loughry*
MICHAEL S. LOUGHRY  (0073656)
*Counsel for Defendant Jerome Township, Ohio*