**IN THE UNITED STATES DISTR, ICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**HAROLD CURRY, et al.,**

            **Plaintiffs,**

 **v.**

**JEROME TOWNSHIP, OHIO,**

        **Defendant.**

**Case No. 2:22-cv-153**

**Judge Edmund A. Sargus, Jr.**

## TELEPHONE NOTICE

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place: United States District Court
       Joseph P. Kinneary U.S. Courthouse
       85 Marconi Boulevard
       Columbus, Ohio 43215

**April 27, 2022 at 11:00 a.m.**

TYPE OF PROCEEDING: **Telephone Status Conference**

**TAKE NOTICE** that a Telephone Status Conference will be held before the Honorable Edmund A. Sargus, Jr. on **April 27, 2022** at **11:00 a.m.** The parties are directed to call **888-684-8852** and enter the access code **9586353#** and the conference security code **0153.**

                                         **EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE**

DATE: April 26, 2022

                                             /s /    Christin M. Werner
                                            (By) Christin M. Werner, Deputy Clerk